Clerks's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE
ASSIGNMENT

Civil action 08 CV 2700 was assigned to Judge

Vitaliano and Magistrate Judge Matsumoto

as related to 07cv 1540 on 7/7, 2008.

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
Case File