**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CATHY BREZEALE,
Plaintiff,

-against-

DAVOL INC. and C.R. BARD, INC.,
Defendants.

08-CV-2700 (ENV)

**CORPORATE DISCLOSURE STATEMENT**

Davol Inc. and C.R. Bard, Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: August 11, 2008

PEPPER HAMILTON LLP

Samuel J. Abate, Jr.
Pepper Hamilton LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-808-2706
Fax: 212-286-9806
abates@pepperlaw.com

ATTORNEYS FOR DEFENDANTS
DAVOL INC. AND C.R. BARD, INC.

Of Counsel:
Kirby T. Griffis
Dana A. Gausepohl
Michael L. Junk
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
kgriffis@spriggs.com
dgausepohl@spriggs.com
mjunk@spriggs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2008, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system.

I also certify that a true and correct copy of the foregoing was served upon the following counsel:

Michael A. London, Esq.
DOUGLAS & LONDON, P.C.
111 John Street, Suite 1400
New York, New York 10038

BY: /s/ Samuel J. Abate, Jr.
Samuel J. Abate, Jr.