CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−02700−ENV−JMA

Brezeale v. Davol, Inc. et al
Assigned to: Judge Eric N. Vitaliano
Referred to: Magistrate Judge Joan M. Azrack
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 07/07/2008
Date Terminated: 08/25/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Cathy Brezeale** represented by **Michael A London**
Douglas &London
111 John Street, 14th Floor
New York, NY 10038
212−931−9980
Fax: 212−931−9979
Email: mlondon@douglasandlondon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Samuel J. Abate, Jr.**
Pepper Hamilton LLP
620 Eighth Avenue
37th Floor
New York, NY 10018−1405
(212)808−2706
Fax: (866)738−9621
Email: abates@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Samuel J. Abate, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2008 | Ï 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. $ 350, filed by Cathy Brezeale. (Attachments: # 1 Civil Cover Sheet) (Jones, Sandra) (Entered: 07/10/2008) |
| 07/07/2008 | Ï 2 | Notice of Related Case Assignment/Designation (Jones, Sandra) (Entered: 07/10/2008) |
| 07/07/2008 | Ï | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (Jones, Sandra) (Entered: 07/10/2008) |
| 08/11/2008 | Ï 3 | Corporate Disclosure Statement by Davol, Inc., C.R. Bard, Inc. (Abate, Samuel) (Entered: 08/11/2008) |

| | | |
|---|---|---|
| 08/11/2008 | Ï 4 | ANSWER to 1 Complaint by Davol, Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 08/11/2008) |
| 08/25/2008 | Ï 5 | E−mail from Rhode Island and Conditional Transfer Order from the Judicial Panel of Multidistrict Litigation. Rhode Island is requesting that this case be transferred to their District. (Marziliano, August) (Entered: 08/25/2008) |
| 08/25/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Marziliano, August) (Entered: 08/25/2008) |